Filed 1/26/24  P. v. Villesca CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA


| | |
|---|---|
| THE PEOPLE, | D081768 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. FSB1104585) |
| BENITO VILLESCA, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of San Bernardino County, Cheryl C. Kersey, Judge.  Affirmed.

Raymond M. DiGuiseppe, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2013, a jury convicted Benito Villesca of multiple felony offenses involving sexual abuse of his daughter.  He was originally sentenced to an indeterminate term of 300 years to life in prison plus a determinate

term of 156 years and eight months.  The court also imposed a restitution fine of $10,000 under Penal Code[1] section 1202.4.

Villesca appealed and this court reversed one count and otherwise affirmed the convictions.  The case was remanded for resentencing in an unpublished opinion.  (*People v. Villesca* (June 8, 2015, D066700).)  On remand, the trial court reduced the determinate portion of the sentence to 140 years and eight months.[2]

In 2022, Villesca filed a motion to vacate the restitution fine pursuant to section 1465.9, subdivision (b).  The motion did not seek to vacate any of the other fines and assessment imposed by the trial judge.  The court summarily denied the motion.

Villesca filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal.  Counsel asks the court to independently review the record for error as mandated by *Wende*.  We offered Villesca the opportunity to file his own brief on appeal, but he has not responded.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error.  To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel

---

[1]    All further statutory references are to the Penal Code.

[2]    We have not set forth the lengthy list of code sections that were the basis of Villesca's convictions.  This appeal does not challenge the prior judgment.  Likewise, we will not include a statement of facts in this opinion. The facts of the offenses are fully addressed in our prior opinion.

has identified a possible, but not arguable, issue that was considered in the evaluation of the potential merits of this appeal:  Whether any of the restitution orders imposed in this case under section 1202.4 are subject to total or partial vacatur in light of section 1465.9.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Villesca on this appeal.

DISPOSITION

The order denying Villesca's motion to vacate restitution fines is affirmed.


HUFFMAN, J.

WE CONCUR:


McCONNELL, P. J.


KELETY, J.

3